IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Hartford Fire Insurance Company,
    Plaintiff,

v.

Williams Brothers Construction
Company, Inc., et al,
    Defendants.

Case No. 1:15-cv-1433-JES-JEH

**Order**

    The Plaintiff's Complaint (Doc. 1) asserts diversity of citizenship as the basis of the Court's subject matter jurisdiction. The allegations of the Complaint do not sufficiently support that assertion.

    The Complaint alleges the following information about the parties. Plaintiff Hartford Fire Insurance Company is an insurance company existing under the laws of Connecticut with its principal place of business in Hartford, Connecticut. Defendant Williams Brothers Construction Company, Inc. is a Delaware corporation with its principal place of business in Peoria, Illinois. Defendant Interested Party Bituminous is an insurance company formed under the laws of the state of Illinois with its principal place of business in Illinois. Defendant Interested Party Pipco is, upon information and belief, a Delaware corporation with its principal place of business in Peoria, Illinois. Defendant Interested Party Goff is, upon information and belief, a citizen of Illinois.

    Asserting jurisdiction on the basis of "information and belief" is insufficient to invoke diversity jurisdiction. *America's Best Inns, Inc v Best Inns of Abilene, LP*, 980 F2d 1072, 1074 (7th Cir 1992) ("to the best of my knowledge and

belief" is insufficient to invoke diversity jurisdiction); *Page v Wright*, 116 F2d 449, 451 (7th Cir 1940) (expressing serious doubts as to whether the record could be sustained in the face of a direct jurisdictional attack where diversity jurisdiction was asserted, in part, based upon information and belief).

Accordingly, the Plaintiff is directed to file an amended complaint that adequately alleges the factual basis for this Court's jurisdiction. The amended complaint shall be filed within 14 days of this date.

*It is so ordered.*

Entered on October 27, 2015.

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE